**FILED - KZ**
May 22, 2026 1:50 PM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_ems_  Scanned by ES/ 5|22

The United States District Court
In Kalamazoo County
410 W Michigan Ave # 107, Kalamazoo, MI 49007

**1:26-cv-1671**
**Hon. Paul L. Maloney**
**U.S. District Judge**

Eric D. Gant, 10593 w Jefferson Ave
River Rouge Mi, 48218 ste 207

Case No.

V.

Hon.

The Michigan department of Transportation
1060 W Fort St, Detroit, MI 48226

## Complaint

Now comes Eric D. Gant, known as King Eric the 1st, and states the following;

The constitution of Michigan 1835, states "government is instituted for the good and benefit of the people, and they have the right at all times to alter or reform the same, and the right to abolish one form of government and Institute a new form of government whenever the public good requires." Another portion of that constitution states, all acts of the legislature contrary to this or any other article of this constitution is void. Therefore the right to abolish the government could still exist with us. Any law contrary to such constitution is void, thus never has removed it, and the legislature, or people with the power to legislate under the common definition of such word, had no power to make any law contrary via its void, if not may the equal treatment be imposed and the Kings law be held as valid. Therefore I had the right to abolish the government and to make myself the King of the state of Michigan, the United States, and the world. As institute new government indicates create laws and regulations as well as implement policy.

Of the United Nations Covenant of political and civil rights;

Article 1. 1. All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

Political means government under Merriam Webster,....so I determine my government status as the King of the world.

At this point, pursuant to Decrees and laws the King has created, from Under the Standard policies of the Kingdom of Euphoria, law written by the King;

Rule #512

The King may sue for a violation of the King's law.


Section 27 of Guaranteed Euphoria

Measure Enacted:

   (1) Local or City Bus transportation is hereby free.

   (2) The supreme Human Resources shall pay on the behalf of its people of this state.

Although the above law written by the King does indicate that the government, known as the Supreme Human resources shall pay or reimburse the "transportation department", a ruler here would clearly demonstrate evidence that such payment is to be made, none the less that does not remove the department of transportation's duty of free ride services in (1).

It is evident that they failed to adhere to such standard and the King may sue for a violation of such law, they have 0 evidence that they have ever done such a thing, hence the preponderance of the evidence is established. Plus their own witness testimonies will be evident enough.  I now sue for $10,000 which shall suffice as a fine be imposed. Of course this is a request for a zoom hearing as Gant is located many miles away in Michigan. This court does have Jurisdiction either under the King's law which simply permits courts to hear almost whatever case they want besides an international appeal, or either under 28 usc 1331 which designated the District Courts Jurisdiction over any case regarding law and equity. Yet both parties are located in Michigan which gives the court Jurisdiction as we both domicile here, rather for business or living.

/s/ Eric D. Gant.                                                        Date: 05/20/2026

**UNITED STATES**
**POSTAL SERVICE**

METROPLEX MI 480

20 MAY 2026PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

From: Eric D. Gant
      10593 W Jefferson Ave,
      River Rouge Mi, 48218

TO: The United States District Court
    ~~95~~ 410 W Michigan Ave #107,
    Kalamazoo, Mi 49007

EP-51

49007-374632