UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC D. GANT,

      Plaintiff,

                                   Case No. 1:26-cv-1671

v.

                                   HONORABLE PAUL L. MALONEY

MICHIGAN DEPARTMENT OF
TRANSPORTATION,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on May 22, 2026.  On June 1, 2026, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2)(B).  The Report and Recommendation was duly served on the parties.  No objections have been filed.[1]  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 5) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

---

[1] On June 10, 2026, Plaintiff purportedly submitted an objection to the report and recommendation for filing (ECF No. 6).  The document was unsigned, however, so an order issued directing Plaintiff to file a signature page within 21 days (ECF No. 7).  The order warned Plaintiff that the document would be stricken unless a signature page was filed.  No signature page has been filed to date, and the document has been stricken from the record.

**IT IS FURTHER ORDERED** that Plaintiff is prohibited from proceeding *in forma pauperis* in any future action unless he obtains a certification from a licensed attorney admitted to practice in the Western district of Michigan that his proposed complaint is not frivolous, malicious, or brought for an improper purpose.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith. Should Plaintiff appeal this decision, the court should assess the $605.00 appellate filing fee pursuant to Section 1915(b)(1).

A Judgment will be entered consistent with this Order.

Dated:  July 9, 2026                                        /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge

2