UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC D. GANT,

       Plaintiff,

                                 Case No.  1:26-cv-1671

v.

                                 HONORABLE PAUL L. MALONEY

MICHIGAN DEPARTMENT OF
TRANSPORTATION,

       Defendant.

_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  July 9, 2026                         /s/ Paul L. Maloney_____
                                           Paul L. Maloney
                                           United States District Judge